B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)    Case Number **13–13145–JDW**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Mississippi

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/1/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tracy W English
468 Leewood Road
Holly Springs, MS 38635

| Case Number:<br>13–13145–JDW | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–0719 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Giles W. King<br>Law Office of Giles W. King<br>5699 Getwell Road<br>Building F, Suite 1<br>Southaven, MS 38672<br>Telephone number: 662–349–3111 | Henry G. Hobbs Jr., Acting U.S. Trustee<br>501 East Court Street, Suite 6–430, Jackson, MS 39201<br>Telephone Number: 601–965–5241<br><br>Stephen P. Livingston Sr., Case Trustee<br>P.O. Box 729<br>New Albany, MS 38652<br>Telephone number: 662–534–9581 |

## Meeting of Creditors
Date: **September 3, 2013**    Time: **01:00 PM**
Location: **Oxford Conference Center, 102 Ed Perry Blvd., Oxford, MS 38655**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 11/4/13**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or within 30 days of any amendment to the list or supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Cochran U.S. Bankruptcy Courthouse<br>703 Highway 145 North<br>Aberdeen, MS 39730<br>Telephone number: 662–369–2596 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David J. Puddister |
|---|---|
| Hours Open: 8:00 a.m. – 12:00 m. and 1:00 p.m. – 5:00 p.m.<br>Monday through Friday | Date: 8/2/13 |

**EXPLANATIONS**  B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

**NOTICE:** Debtor(s) must provide original picture identification and proof of Social Security Number to the Trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.

**NOTICE:** Failure of the debtor(s) or debtor(s)' attorney to appear at the Sec. 341(a) meeting, to file schedules and related documents, to pay required fees or to produce required payment advices and income tax records pursuant to 11 USC Sec. 521 may result in dismissal of this case without further notice.

```
                         United States Bankruptcy Court
                         Northern District of Mississippi

In re:                                                          Case No. 13-13145-JDW
Tracy W English                                                 Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0537-1         User: dabbs              Page 1 of 3          Date Rcvd: Aug 02, 2013
                             Form ID: b9a             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2013.
db           +Tracy W English,   468 Leewood Road,   Holly Springs, MS 38635-6614
2988010      +Medical Financial Services,   6555 Quince Road, Ste 100,   Memphis, TN 38119-8220
2988018      +Security Credit Services,   2653 W Oxford Loop,   Oxford, MS 38655-5442
2988019       Stern Cardiovascular,   PO Box 1000 Dept 984,   Memphis, TN 38148-0984

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: giles@gileskinglaw.com Aug 03 2013 00:29:45      Giles W. King,
               Law Office of Giles W. King,   5699 Getwell Road,   Building F, Suite 1,   Southaven, MS 38672
tr           +E-mail/Text: elizabeth@ms.metrocast.net Aug 03 2013 00:30:32      Stephen P. Livingston, Sr.,
               P.O. Box 729,   New Albany, MS 38652-0729
ust          +E-mail/Text: ustpregion05.ja.ecf@usdoj.gov Aug 03 2013 00:30:35     U. S. Trustee,
               501 East Court Street, Suite 6-430,   Jackson, MS 39201-5022
2988000       E-mail/Text: rlambert@mscb-inc.com Aug 03 2013 00:30:33
               Accounts Receivable Management Services,   PO Box 638,   Paris, TN 38242-0638
2988001      +EDI: ACCE.COM Aug 03 2013 00:33:00      Asset Acceptance,   Po Box 1630,   Warren, MI 48090-1630
2988003      +EDI: GMACFS.COM Aug 03 2013 00:28:00      Gmac,   P.O. Box 380901,   Bloomington, MN 55438-0901
2988004      +EDI: ICSYSTEM.COM Aug 03 2013 00:33:00      I.C. System Inc.,   P.O. Box 64378,
               St Paul, MN 55164-0378
2988552       EDI: IRS.COM Aug 03 2013 00:28:00      Internal Revenue Service,   Attn: Special Processing Staff,
               100 West Capitol Street,   Room 504,   Jackson MS 39269
2988005       EDI: IRS.COM Aug 03 2013 00:28:00      Internal Revenue Service,   PO Box 105416,
               Atlanta, GA 30348
2988002       EDI: IRS.COM Aug 03 2013 00:28:00      Centralized Insolvency Operation,   PO Box 21126,
               Philadelphia, PA 19114
2988554      +EDI: IRS.COM Aug 03 2013 00:28:00      Internal Revenue Service,   In care of U.S. Attorney,
               900 Jefferson Avenue,   Oxford MS 38655-3608
2988553      +EDI: IRS.COM Aug 03 2013 00:28:00      Internal Revenue Service,   P. O. Box 7346,
               Philadelphia PA 19101-7346
2988555       EDI: MSDOR.COM Aug 03 2013 00:33:00      Mississippi Department of Revenue,   Bankruptcy Section,
               Post Office Box 22808,   Jackson MS 39225-2808
2988555       E-mail/Text: BANKRUPTCY.OAC.TAXCOM@DOR.MS.GOV Aug 03 2013 00:30:10
               Mississippi Department of Revenue,   Bankruptcy Section,   Post Office Box 22808,
               Jackson MS 39225-2808
2988011      +EDI: MSDOR.COM Aug 03 2013 00:33:00      Mississippi State Tax Commission,   PO Box 23075,
               Jackson, MS 39225-3075
2988011      +E-mail/Text: BANKRUPTCY.OAC.TAXCOM@DOR.MS.GOV Aug 03 2013 00:30:11
               Mississippi State Tax Commission,   PO Box 23075,   Jackson, MS 39225-3075
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2988006*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,   PO Box 105416,   Atlanta, GA 30348)
2988007*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,   PO Box 105416,   Atlanta, GA 30348)
2988008*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,   PO Box 105416,   Atlanta, GA 30348)
2988009*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,   PO Box 105416,   Atlanta, GA 30348)
2988012*     +Mississippi State Tax Commission,   PO Box 23075,   Jackson, MS 39225-3075
2988013*     +Mississippi State Tax Commission,   PO Box 23075,   Jackson, MS 39225-3075
2988014*     +Mississippi State Tax Commission,   PO Box 23075,   Jackson, MS 39225-3075
2988015*     +Mississippi State Tax Commission,   PO Box 23075,   Jackson, MS 39225-3075
2988016*     +Mississippi State Tax Commission,   PO Box 23075,   Jackson, MS 39225-3075
2988017*     +Mississippi State Tax Commission,   PO Box 23075,   Jackson, MS 39225-3075
                                                                                TOTALS: 0, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0537-1          User: dabbs              Page 2 of 3              Date Rcvd: Aug 02, 2013
                              Form ID: b9a             Total Noticed: 18
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2013**              **Signature:**  *Joseph Speetjens*

```
District/off: 0537-1          User: dabbs                 Page 3 of 3                  Date Rcvd: Aug 02, 2013
                              Form ID: b9a                Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2013 at the address(es) listed below:
          Giles W. King    on behalf of Debtor Tracy W English giles@gileskinglaw.com, gileskinglaw@aol.com
          Stephen P. Livingston, Sr.    ms09@ecfcbis.com,    stevel@ms.metrocast.net;elizabeth@ms.metrocast.net
          U. S. Trustee    USTPRegion05.AB.ECF@usdoj.gov
                                                                                                      TOTAL: 3

Case 13-13145-JDW    Doc 6    Filed 08/04/13    Entered 08/05/13 00:07:15    Desc Imaged
Certificate of Notice    Page 5 of 5