___



**SO ORDERED,**

**Judge Jason D. Woodard**
United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In re:

| | | |
|---|---|---|
| Tracy W. English ) | Case No: | 13-13145-JDW |
| ) | | |
| ) | | |
| ) | | |
| ) | | |
| Debtor(s). ) | Chapter: | 7 |

## ORDER REOPENING CASE

WHEREAS, for good cause shown, this Court deems it appropriate to grant movant's motion to reopen this case; and

WHEREAS, this Court has determined that the appointment of a trustee herein by the U.S. Trustee ☒ is ☐ is not necessary to protect the interests of creditors and debtor(s) or to ensure efficient administration of the reopened case; it is

ORDERED that the motion to reopen this case is granted and that this case be and the same is hereby reopened.

##END OF ORDER##